```
UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
----------------------------------X
        IPS SOLUTIONS LLC

                    Plaintiff

        -against-

        SERANA MONSERATE CORP.

                    Defendant

----------------------------------X
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 10 2006 ★

BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

CV 05-1565 (JG)

GLEESON, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

s/John Gleeson

DATED: Brooklyn, N.Y.
       April 4, 2006